

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-14-00523-CV

**Cintas Corporation No. 2 and Walder A. Morgan**

**v.**

**Charles Lloyd Hinson and wife, Rosa Maria Hinson**

NO. 12-CV-1815 IN THE 405TH DISTRICT COURT OF GALVESTON COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| MT FEE | $10.00 | 01/16/2015 | E-PAID | ANT |
| MT FEE | $10.00 | 10/13/2014 | E-PAID | ANT |
| CLK RECORD | $1,106.00 | 08/01/2014 | PAID | ANT |
| FILING | $175.00 | 06/27/2014 | E-PAID | ANT |
| STATEWIDE EFILING | $20.00 | 06/27/2014 | E-PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $1,321.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this April 10, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**